# RETURN OF SERVICE

Electronically Filed 07/25/2013 10:25:56 AM ET

| State of Florida | County of Brevard | Circuit Court |

Case Number: 05-2013-CA-029049

Plaintiff:
**ANDREW CONKLIN**

vs.

Defendant:
**WELLS FARGO BANK, NA**

For:
Richard Shuster
SHUSTER & SABEN, LLC
540 North Harbor City Blvd.
Melbourne, FL 32935

Received by Process Service of America, Inc., Leon County, on the 18th day of July, 2013 at 8:16 am to be served on **Wells Fargo Bank, N.A. c/o Corporation Service Company, Registered Agent, 1201 Hays Street, Tallahassee, FL 32301**.

I, Christopher Compton, do hereby affirm that on the **18th day of July, 2013 at 11:45 am, I:**

SERVED the within named corporation by delivering a true copy of the Civil Action Summons, Complaint, Request to Produce and Request for Admissions with the date and hour of service endorsed thereon by me to: Von Smith as employee of the Registered Agent (Company) for Wells Fargo Bank, N.A. at 1201 Hays Street, Tallahassee, FL 32301 and informed said person of the contents therein, pursuant to F.S. 48.081(3) and 48.091

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher Compton
Certified Process Server # 101

Process Service of America, Inc., Leon County,
P.O. Box 5848
Tallahassee, FL 32314-5848
(850) 877-9809

Our Job Serial Number: SKT-2013012286

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Electronically Filed 07/10/2013 10:09:36 AM ET

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT IN AND
FOR BREVARD COUNTY, FLORIDA

CASE NO. 05-2013-CA-029049

Andrew Conklin,

    Plaintiff,

v.

Wells Fargo Bank, N.A.,

    Defendant

_____/

**CIVIL ACTION SUMMONS**

STATE OF FLORIDA

DEFENDANT TO BE SERVED

Wells Fargo Bank, N.A.

By Serving
Registered Agent for Wells Fargo Bank, N.A.
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525

Srvd. 7/18/2013 at 1:45 pm
by CMC C.M.C CPS#101
2nd Judicial Circuit of FL

    TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint, in this lawsuit on the above-named defendant(s).

### IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

Case # 05-2013-CA-029049-XXXX-XX
Document Page #

*21467925*

05-2013-CA-029049-XXXX-XX

Filing 3594741

Filing 4029795    ANDREW CONKLIN VS WELLS FARGO    05-2013-CA-029049-XXXX-XX

CASE NUMBER 05-2013-CA-29049

DATED ON 7/10 , 2013,

CLERK OF THE CIRCUIT COURT

(SEAL)

By _____
Deputy Clerk

*signature*

SHUSTER & SABEN, LLC
RICHARD SHUSTER, ESQUIRE
Fla Bar No 045713
1330 Hwy A1A, Suite 101
Satellite Beach, FL 32937
Telephone    321-622-5040
Fax Number   877-335-4747
Attorney for Plaintiff

*In accordance with the American With Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact Court Administration at 200 West Atlantic Blvd, Delray Beach, Florida 33444, no later than 7 days prior to the proceeding

## IMPORTANTE

Usted ha sido demandado legalmente Tiene 20 Dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal Una llamada telefonica no lo protegera Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del case y los nombres de las partes interesadas Si usted no contesta la demanda a tiempo, pudiese perder el case y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal Existen otros requisitos legales Si lo desea, puede usted consultar a un abogado inmediatamente Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica

Si desea responder a la demanda por su cuenta, al mismo tiempo en que pressenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la personal denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante)

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous Vous avaz 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal Un simple coup de telephone est insuffisant pour vous proteger Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause Si vous ne deposez pas votre reponse ecrite dans le relai requis, vois risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones)

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avoca) nomme ci-dessous