# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### CASE NO.: 6:13-cv-1246-OR-37-KRS

ANDREW CONKLIN,

    Plaintiff.

vs.

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Andrew Conklin and Defendant Wells Fargo Bank, N.A. hereby jointly give notice that settlement of this matter has been reached as to all claims of Plaintiff, and therefore request that the Court vacate all dates currently set on the calendar in connection with Plaintiff's claim and afford the parties forty five (45) days to file necessary dismissal papers.

Dated: July 21, 2014

| s/ *Richard Shuster* | s/ *Aaron S. Weiss* |
|---|---|
| Richard Shuster (FBN 45713) | Aaron S. Weiss (FBN 48813) |
| E-mail: richshuster@gmail.com | E-mail: aweiss@cfjblaw.com |
| Shuster & Saben, LLC | Carlton Fields Jorden Burt, P.A. |
| 1330 Highway A1A, Suite 101 | 100 Southeast Second Street, Suite 4200 |
| Satellite Beach, Florida 32937 | Miami, Florida 33131 |
| | Telephone:   (305) 530-0050 |
| *Attorney for Plaintiff Andrew Conklin* | Facsimile:   (305) 530-0055 |
| | *Attorney for Defendant Wells Fargo* |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st of July, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system:

Richard Shuster
E-mail:  richshuster@gmail.com
Shuster & Saben, LLC
1330 Highway A1A, Suite 101
Satellite Beach, Florida 32937

By: /s/ Aaron S. Weiss